Melissa Newel (#148563)
NEWEL LAW
2625 Alcatraz Ave., Suite 132
Berkeley, CA  94705
(510) 316-3827
mnewel@newellawfirm.com

Attorney for Plaintiff
MICHELLE YVETTE BENAVIDEZ

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YVETTE BENAVIDEZ, | No.  1:23-CV-00773-BAM |
| Plaintiff, | |
| v. | **STIPULATION FOR BRIEFING EXTENSION;** [PROPOSED] **ORDER** |
| KILOLO KIJAKAZI,<br>ACTING COMMISSIONER OF<br>SOCIAL SECURITY, | |
| Defendant. | |

Plaintiff, Michelle Yvette Benavidez, filed the above-referenced Social Security disability appeal on May 19, 2023. (ECF Doc. 1) On July 18, 2023, the defendant Acting Commissioner of Social Security responded to Plaintiff's Complaint by lodging a copy of the administrative record. (ECF Doc. 9) Pursuant to the Court's Scheduling Order, Plaintiff's motion for summary judgment is currently due on August 17, 2023. (ECF Doc. 3, p. 2:17-18)

STIPULATION FOR BRIEFING EXTENSION; [PROPOSED] ORDER

1     The parties hereby stipulate that Plaintiff, upon Court approval, be granted a first-time
2 extension of forty-five (45) days for the filing of the Opening Brief. (ECF Doc. 3, p.3:17-19)
3 Plaintiff's counsel makes the request due to multiple conflicting filing deadlines and counsel's
4 effort to be an effective advocate for Plaintiff while avoiding interference with other existing
5 filing deadlines before this Court. Plaintiff's requested extension would result in the Opening
6 Brief being due on or before October 2, 2023.

| | |
|---|---|
| | Respectfully submitted, |
| Dated: August 11, 2023 | NEWEL LAW |
| | |
| | By: *Melissa Newel* |
| | Melissa Newel |
| | Attorney for Plaintiff |
| | MICHELLE YVETTE BENAVIDEZ |
| | |
| Dated: August 11, 2023 | PHILLIP A. TALBERT |
| | United States Attorney |
| | MATHEW W. PILE |
| | Associate General Counsel |
| | Office of Program Litigation, Office 7 |
| | Social Security Administration |
| | |
| | By: Justin L. Martin |
| | JUSTIN L. MARTIN |
| | (*Authorized by email dated 08/11/2023*) |
| | Special Assistant U.S. Attorney |
| | Attorneys for Defendant |

STIPULATION FOR BRIEFING EXTENSION; [PROPOSED] ORDER

**ORDER**

Pursuant to stipulation and good cause having been shown, IT IS ORDERED that Plaintiff shall be granted an extension of forty-five (45) days to file her Opening Brief. The Opening Brief shall now be filed on or before **October 2, 2023,** and all corresponding deadlines are modified accordingly.

IT IS SO ORDERED.

Dated:   **August 14, 2023**              /s/ *Barbara A. McAuliffe*
                                         UNITED STATES MAGISTRATE JUDGE