PHILLIP A. TALBERT
United States Attorney
MATHEW W. PILE, WSBA No. 32245.
Associate General Counsel
Office of Program Litigation, Office 7
Social Security Administration
MARCELO ILLARMO (MABN 670079)
Special Assistant United States Attorney
    Office of the General Counsel
    Social Security Administration
    6401 Security Boulevard
    Baltimore, Maryland 21235
    Telephone: (510) 970-4822
    E-Mail: Marcelo.Illarmo@ssa.gov
Attorneys for Defendant

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE YVETTE BENAVIDEZ,<br><br>Plaintiff,<br><br>v.<br><br>KILOLO KIJAKAZI,<br>Acting Commissioner of Social Security,<br><br>Defendant. | No. 1:23-cv-00773-BAM<br><br>STIPULATION FOR EXTENSION TO RESPOND TO PLAINTIFF'S OPENING BRIEF |

    IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel of record, that the time for responding to Plaintiff's Opening Brief be extended from November 1, 2023 to December 1, 2023.  Defendant respectfully requests this additional time because undersigned counsel need additional time to perform a defensibility review in order to determine whether additional briefing is necessary.

    The parties further stipulate that the Court's Scheduling Order shall be modified accordingly.

- Defendant shall respond to Plaintiff's opening brief on or before December 1, 2023;

- Plaintiff's optional reply will be due within 14 days of the filing of Defendant's brief (on or before December 15, 2023).

Respectfully submitted,

DATE: October 27, 2023

*/s/ Melissa Newel*\*
MELISSA NEWEL
Attorney for Plaintiff
(\* approved via email on  10/25/23)

PHILLIP A. TALBERT
United States Attorney

DATE: October 27, 2023         By    *s/ Marcelo Illarmo*
MARCELO ILLARMO
Special Assistant United States Attorney

Attorneys for Defendant

## ORDER

Pursuant to the parties' stipulation, and cause appearing, Defendant shall respond to Plaintiff's opening brief on or before December 1, 2023.  Plaintiff's optional reply brief will be due within 14 days of Defendant's brief (on or before December 15, 2023).
IT IS SO ORDERED.

Dated:   **October 30, 2023**              /s/ Barbara A. McAuliffe
UNITED STATES MAGISTRATE JUDGE