1  Melissa Newel (CA 148563)
2  NEWEL LAW
   2625 Alcatraz Ave., Suite 132
3  Berkeley, CA  94705
   (510) 316-3827
4  mnewel@newellawfirm.com
   Attorney for Plaintiff
5  MICHELLE YVETTE BENAVIDEZ

6
7
8
9
10                    UNITED STATES DISTRICT COURT
11                    EASTERN DISTRICT OF CALIFORNIA
12
13  MICHELLE YVETTE BENAVIDEZ,          No.  1:23-CV-00773 (BAM)
14           Plaintiff,
15       v.                              **STIPULATION AND [PROPOSED]
                                         ORDER FOR AWARD OF COSTS
16  COMMISSIONER OF                      PURSUANT TO THE EQUAL ACCESS TO
    SOCIAL SECURITY,                     JUSTICE ACT (28 U.S.C. §2412 (d), §1920)**
17
             Defendant.
18
19
20
21
22
23
24
25
26
27
28

1  IT IS HEREBY STIPULATED by and between the parties, through their undersigned attorneys, subject to the approval of the Court and in accordance with 28 U.S.C. §§1920, 2412 (d), that Michelle Yvette Benavidez ("Plaintiff") be awarded costs in the amount of four hundred and two dollars ($402.00) incurred in connection with the above-referenced action.

This stipulation constitutes a compromise settlement of Plaintiff's request for costs incurred in Plaintiff's EAJA action and does not constitute an admission of liability on the part of Defendant under EAJA. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that Plaintiff and/or Plaintiff's counsel may have relating to EAJA attorney expenses in connection with this action.

Pursuant to the assignment executed by Plaintiff, the reimbursement of costs incurred by Plaintiff will be made payable to Melissa Newel or Newel Law (collectively "Plaintiff's counsel") and shall be delivered to Plaintiff's counsel. This award is without prejudice to the rights of Plaintiff's counsel to seek Social Security Act attorney fees under 42 U.S.C. §406(b), subject to the savings clause provisions of the EAJA.

Respectfully submitted,

Dated: March 12, 2024            NEWEL LAW

By:   *Melissa Newel*
      Melissa Newel
      Attorney for Plaintiff
      MICHELLE YVETTE BENAVIDEZ


Dated: March 12, 2024            PHILLIP A. TALBERT
                                 United States Attorney
                                 MATHEW W. PILE
                                 Associate General Counsel
                                 Social Security Administration

By:   Marcelo Illarmo*
      MARCELO ILLARMO
      (*Authorized by email dated 03/12/2024*)
      Special Assistant U.S. Attorney
      Attorneys for Defendant

STIPULATION AND [PROPOSED] ORDER FOR AWARD OF COSTS
PURSUANT TO EAJA

# ORDER

IT IS HEREBY ORDERED that, pursuant to the Equal Access to Justice Act, 28 U.S.C. §2412 (d), and 28 U.S.C. §1920, associated costs in the amount of **four hundred two dollars and no cents ($402.00)** be awarded subject to the terms of the Stipulation.

IT IS SO ORDERED.

Dated:   **March 13, 2024**           /s/ *Barbara A. McAuliffe*
                                      UNITED STATES MAGISTRATE JUDGE